## HELBERG *v.* HAMMOND BUILDING, LOAN & SAVINGS ASSOCIATION.

[No. 4,404.   Filed April 24, 1903.]

NEW TRIAL.—*Causes.*—*Overruling Demurrer.*—The action of the court in overruling a demurrer to the complaint can not properly be made a cause in a motion for a new trial.  *p. 58.*

APPEAL AND ERROR.—*Overruling Demurrer to Complaint.*—*New Trial.*—The ruling of the court on demurrer to a complaint can not be presented on appeal under an assignment thereof in a motion for a new trial.  *p. 58.*

From Lake Superior Court; *H. B. Tuthill,* Judge.

Action by the Hammond Building, Loan & Savings Association against George H. Helberg.  From a judgment for plaintiff, defendant appeals.  *Affirmed.*

*V. S. Reiter* and *W. S. Coy,* for appellant.
*Lawrence Becker,* for appellee.

BLACK, P. J.—The overruling of appellant's motion for a new trial is alone assigned as error.  One of the causes stated in the motion was that the court erred in overruling the appellant's demurrer to the appellee's complaint, and the discussion of counsel is confined to the question as to the sufficiency of the complaint.  The action of the court in overruling the demurrer could not properly be made a cause in the motion for a new trial, and the ruling on demurrer can not be presented for the consideration of this court under such an assignment of error.

Judgment affirmed.